District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUELINA PEDRO, *et al.*, | No. 2:23-cv-1456-TL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| UR M. JADDOU, *et al.*, | Noted for Consideration: November 7, 2023 |
| Defendants. | |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on November 27, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until April 4, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-1456-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiffs' asylum interview for December 6, 2023. Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. After the interview, USCIS will need time to adjudicate their asylum application. Once the application is adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 4, 2024. The parties will submit a joint status report on or before April 4, 2024. The parties further request that the Revised Order Regarding Joint Status Report (Dkt. No. 9) be vacated.

Dated: November 7, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 299 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-1456-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*s/ Minda A Thorward*
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

The case is held in abeyance until April 4, 2024.  The parties shall submit a joint status report on or before April 4, 2024.  The Revised Order Regarding the Joint Status Report (Dkt. No. 9) is vacated.  It is so **ORDERED**.

DATED this 8th day of November 2023.

Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE   - 4
(23-cv-1456-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970