District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIQUELINA PEDRO, *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>UR M. JADDOU, *et al.*,<br><br>                     Defendants. | Case No. 2:23-cv-01456-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>April 1, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until July 15, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. This case is currently stayed through April 4, 2024. Dkt. No. 12. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until July 15, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01456-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS held Plaintiffs' asylum interview on December 6, 2023. At the interview, the agency learned that Plaintiffs would like the principal applicant to be changed to the husband. Because of this change, the asylum interview was rescheduled to March 13, 2024, after the agency received updated paperwork from Plaintiffs. However, due to a staffing issue, USCIS had to reschedule Plaintiffs' interview to May 16, 2024.

Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. If needed, Plaintiffs agree to bring an interpreter to the interview. Otherwise, the interview may have to be rescheduled. After the interview, USCIS will need time to adjudicate their asylum application. USCIS will use its best efforts to adjudicate the applications within 60 days of the interview. If the adjudication does not occur by that date, USCIS will submit a status report to this Court. Once the application is adjudicated, Plaintiffs intend to dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 15, 2024. The parties will submit a joint status report on or before July 15, 2024.

//

//

//

DATED this 1st day of April, 2024.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01456-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | GIBBS HOUSTON PAUW |
| TESSA M. GORMAN<br>United States Attorney | *s/Minda A. Thorward*<br>MINDA A. THORWARD, WSBA# 47594<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  minda.thorward@ghp-law.net |
| *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email:  michelle.lambert@usdoj.gov | *Attorney for Plaintiffs* |
| *Attorneys for Defendants* | |

**I certify that this memorandum contains 422 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01456-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

# [~~PROPOSED~~] ORDER

The case is held in abeyance until July 15, 2024.  The parties shall submit a joint status report on or before July 15, 2024.  It is so **ORDERED**.

DATED this 2nd day of April, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01456-TL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800