District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MIQUELINA PEDRO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01456-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>July 15, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the application and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01456-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 15th day of July, 2024.

Respectfully submitted,

TESSA M. GORMAN

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826

(253) 428-38
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.*

GIBBS HOUSTON PAUW

*s/ Minda A. Thorward*
MINDA A. THORWARD, WSBA# 47594
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: (206) 682-1080
Email:  minda.thorward@ghp-law.net

*Attorney for Plaintiffs*

### [~~PROPOSED~~] ORDER

This case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 16th day of July, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01456-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800